No. 22-3289

───────────────────────────────────────────────

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
───────────────────────────────────────────────

GRAND TRUNK CORP. and ILLINOIS CENTRAL RAILROAD CO.,
*Petitioners*,

v.

SURFACE TRANSPORTATION BOARD
and UNITED STATES OF AMERICA,
*Respondents*,
and
NATIONAL GRAIN AND FEED ASSOCIATION, et al.,
*Intervening Respondents*.
───────────────────────────────────────────────

### STATUS REPORT
### OF THE SURFACE TRANSPORTATION BOARD
───────────────────────────────────────────────

Respondent Surface Transportation Board hereby submits this status report in accordance with the Court's order of August 22, 2023. As of November 20, 2023, the petitions for reconsideration in *Joint Petition for Rulemaking to Establish a Voluntary Arbitration Program for Small Rate Disputes*, STB Docket No. EP 765, remain pending before the Board. The Board will submit a further status report within seven days of resolving the petitions or by February 20, 2024, whichever is earlier.

Respectfully submitted,

CRAIG M. KEATS
General Counsel

ANIKA S. COOPER
Deputy General Counsel

/s/ Drew Van Denover
DREW VAN DENOVER
Attorney
Surface Transportation Board
395 E Street, S.W.
Washington, D.C. 20423
(202) 245-0276
andrew.vandenover@stb.gov
Dated: November 20, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, the foregoing status report was filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Drew Van Denover
Drew Van Denover
Attorney
Surface Transportation Board
