No. 22-3289

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

GRAND TRUNK CORP. and ILLINOIS CENTRAL RAILROAD CO.,
*Petitioners*,

v.

SURFACE TRANSPORTATION BOARD
and UNITED STATES OF AMERICA,
*Respondents*,
and
NATIONAL GRAIN AND FEED ASSOCIATION, et al.,
*Intervening Respondents*.

**RESPONDENTS' RESPONSE TO PETITIONERS'
MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Respondents the Surface Transportation Board and the United States of America hereby confirm that they do not oppose the motion for voluntary dismissal. They also agree that the dismissal should be without prejudice in the sense that the dismissal should not itself have a claim- or issue-preclusive effect on future petitions. *See Without Prejudice*, Black's Law Dictionary (12th ed. 2024). But Respondents reserve the right to argue, as appropriate, that future petitions for review are time-barred or otherwise procedurally defective for reasons

other than claim or issue preclusion stemming from this dismissal, depending on how the Board resolves the petitions for reconsideration that are pending before it. On that understanding, the Court should grant Petitioners' motion for voluntary dismissal.

Respectfully submitted,

| | |
|---|---|
| ROBERT B. NICHOLSON<br>ROBERT J. WIGGERS<br>Attorneys<br>Antitrust Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC  20530 | ANIKA S. COOPER<br>General Counsel<br><br> /s/ Drew Van Denover    <br>DREW VAN DENOVER<br>Attorney<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC  20423<br>(202) 245-0276<br>andrew.vandenover@stb.gov |

August 1, 2025

# CERTIFICATE OF COMPLIANCE

I, Drew Van Denover, hereby certify the following:

1. This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 119 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 27(a)(2)(B).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century font.

                                              /s/ Drew Van Denover
                                              Drew Van Denover
                                              Attorney
                                              Surface Transportation Board

August 1, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2025, the foregoing document was filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. Participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Drew Van Denover
Drew Van Denover
Attorney
Surface Transportation Board
