# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| GRAND TRUNK CORPORATION and ILLINOIS CENTRAL RAILROAD COMPANY, | ) ) ) ) | |
| Petitioners, | ) ) | Case No. 22-3289 |
| v. | ) ) ) | |
| SURFACE TRANSPORTATION BOARD and UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Respondents. | ) | |

Petition for Review from the Surface Transportation Board,
*Ex Parte* Docket No. 765

## PETITIONERS' SUPPLEMENT TO MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Court's Order dated August 8, 2025, ECF No. 48, Petitioners Grand Trunk Corporation and Illinois Central Railroad Company ("Petitioners") clarify that they agree to the terms of dismissal as described by Respondents, *i.e.*, that "the dismissal should be without prejudice in the sense that the dismissal should not itself have a claim- or issue-preclusive effect on future petitions." ECF No. 47 at 1. Petitioners further acknowledge that "[o]nce an appeal is

dismissed, it cannot be reinstated, though a party may be able to file a new appeal from a later order."  ECF No. 48 at 2.

Respectfully Submitted,

/s/ Matthew J. Warren
Raymond A. Atkins
Matthew J. Warren
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (Fax)

*Counsel to Petitioners Grand Trunk Corporation and Illinois Central Railroad Company*

Dated:  August 15, 2025

# CERTIFICATE OF COMPLIANCE

1. This supplement complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(C) because it contains 99 words (as determined by the Microsoft Word 365 Pro Plus word-processing system used to prepare it), excluding the parts of the supplement exempted by Rule 32(f).

2. This supplement complies with Rule 32(a)(5)'s typeface requirements and Rule 32(a)(6)'s type-style requirements because it has been prepared in a proportionately spaced typeface using the 365 Pro Plus version of Microsoft Word in 14-point Century Schoolbook font.

 /s/ Matthew J. Warren
 Matthew J. Warren

Dated: August 15, 2025

# CERTIFICATE OF SERVICE

I certify that on August 15, 2025, this supplement was filed with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit through the appellate CM/ECF system, which will send notice to all registered CM/ECF users. All parties to the above-captioned action are registered CM/ECF users such that service will be accomplished through the CM/ECF system.

      /s/ Matthew J. Warren
      Matthew J. Warren